CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

SEP 19 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| De'ANDRE L'OVERTURE JACKSON, ) | |
|     Plaintiff, ) | Civil Action No. 7:13-cv-00400 |
| ) | |
| v. ) | **DISMISSAL ORDER** |
| ) | |
| COMMONWEALTH OF VIRGINIA, et al.,) | By:   Jackson L. Kiser |
|     Defendant(s). ) |         Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 19th day of September, 2013.

                                    /s/ Jackson L. Kiser
                                    Senior United States District Judge