CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
**OCT 3 1 2013**
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **DEANDRE L'OVERTURE JACKSON,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 7:13-cv-00400** |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **COMMONWEALTH OF** | ) | |
| **VIRGINIA, et al.,** | ) | **By:   Hon. Jackson L. Kiser** |
| **Defendants.** | ) | **Senior United States District Judge** |

In accordance with the written Memorandum Opinion entered this day, it is hereby

## ORDERED

that the Complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915A(b)(1),

and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum

Opinion to Plaintiff.

**ENTER**: This 31st day of October, 2013.

Senior United States District Judge